NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**GREEN EDGE ENTERPRISES, LLC,**
*Plaintiff/Counterclaim Defendant-Appellant,*

v.

**RUBBER MULCH ETC., LLC,
GROUNDSCAPE TECHNOLOGIES, LLC,
AND RUBBER RESOURCES, LTD., LLP,**
*Defendants/Counterclaimants,*

v.

**INTERNATIONAL MULCH COMPANY
AND MICHAEL MILLER,**
*Counterclaim Defendants-
Appellees,*

v.

**JUDY SMITH,**
*Counterclaim Defendant,*

AND

**LEE GREENBERG,**
*Counterclaim Defendant.*

_____

2012-1539

_____

Appeal from the United States District Court for the Eastern District of Missouri in case no. 02-CV-0566, Magistrate Judge Terry I. Adelman.

---

## ON MOTION

---

Before PROST, MOORE, and O'MALLEY, *Circuit Judges*.

PER CURIAM.

## O R D E R

Lee Greenberg moves for reconsideration of this court's January 10, 2013 order dismissing his appeal for failure to obtain counsel. International Mulch Company and Michael Miller oppose and move for sanctions.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion for reconsideration is denied.

(2)  The motion for sanctions is denied.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26